## Commonwealth v. Ainsworth.

(Decided April 17, 1912.)

### Appeal from Crittenden Circuit Court.

Jurisdiction—Appeal—Misdemeanor.—As the penalty provided by Section 1949 Ky. Stats., for the violation of section 1944a Ky. Stats., is only a fine of not less than $5.00 nor more than $25.00, this court has not jurisdiction to review the judgment of the circuit court which sustained a demurrer to the warrant upon which appellee was tried before the County Judge, his trial resulting in a fine of $20.00.

For appellate jurisdiction of this court in cases of misdemeanor, see section 347, Criminal Code.

JAMES GARNETT, Attorney General and M. M. LOGAN, Assistant Attorney General for appellant.

OPINION OF THE COURT BY JUDGE SETTLE—Dismissing Appeal.

Appellee was arrested under a warrant issued by the County Judge of Crittenden County which charged him with a violation of section 1944a, Kentucky Statutes, viz.: Having in his "possession squirrels after same had been killed between the 15th day of September, and the 15th day of November, in the year, 1911." The trial before the County Judge resulted in appellee's conviction of the misdemeanor charged in the warrant, his punishment being fixed by the judgment of the court at a fine of $20.

From that judgment he took an appeal to the Crittenden Circuit Court and that court being of the opinion that the warrant was fatally defective in form and substance, sustained a demurrer thereto, and dismissed the prosecution. The Commonwealth being dissatisfied with the judgment of the circuit court has prosecuted an appeal therefrom to this court.

As the penalty provided by section 1949, Kentucky Statutes, for the misdemeanor with which appellee was charged is only a fine of not less than $5 nor more than $25, we are without jurisdiction to review the judgment of the circuit court.

The appellate jurisdiction of this court in cases of misdemeanor is fixed by section 347, Criminal Code, which provides:

"The Court of Appeals shall have jurisdiction in penal actions and prosecutions for misdemeanor, in the following cases only, viz.: If the judgment be for a fine exceeding $50, or for imprisonment exceeding thirty days; or, if the judgment be for the defendant, in cases in which a fine exceeding $50, or confinement exceeding thirty days, might have been inflicted."

For the reason indicated the appeal must be and is dismissed.